UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA,

    v.

RAYMOND MASON,

        Defendant.

**07-CR-141-A**

<u>     ORDER</u>

On April 15, 2008, the Court entered an Order (Docket No. 42) granting Defendant's motion for a psychiatric examination pursuant to 18 U.S.C. § 4241 (Docket No. 40).

After due consideration of the parties' submissions (Docket Nos. 40, 41) as to what professional should be appointed by the Court to conduct the examination, at a status conference on April 22, 2008, the Court indicated that it would appoint Dr. Michael J. Lynch, of Buffalo, New York, to conduct the examination ordered by the Court in Docket No. 42.

**IT IS HEREBY ORDERED**, that Dr. Michael J. Lynch, M.D. is appointed to conduct the competency examination ordered by the Court in its Order at Docket No. 42;

**FURTHER ORDERED**, that counsel for the Defendant shall provide Dr. Lynch with copies of this Order and the Court's Order entered at Docket No. 42.

    SO ORDERED.

                      s/ *Richard J. Arcar*a
                      HONORABLE RICHARD J. ARCARA
                      CHIEF JUDGE
                      UNITED STATES DISTRICT COURT

DATED:  April  28  , 2008