UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                        ORDER
                                                                07-CR-141A

RAYMOND MASON,

                Defendant.

---

This case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(A). Defendant filed a motion to suppress on March 4, 2008. On June 3, 2009, Magistrate Judge McCarthy filed a Corrected Report and Recommendation, recommending that the motion be denied.

Defendant filed objections to the Corrected Report and Recommendation on June 18, 2009 and the government filed a response thereto. Oral argument on the objections was held on August 25, 2009.

Pursuant to 28 U.S.C. § 636(b)(1), this Court must make a <u>de novo</u> determination of those portions of the Report and Recommendation to which objections have been made. Upon a <u>de novo</u> review of the Report and Recommendation, and after reviewing the submissions and hearing argument from the parties, the Court adopts the proposed findings of the Corrected Report and Recommendation.

Accordingly, for the reasons set forth in Magistrate Judge McCarthy's Corrected Report and Recommendation, defendant's motion to suppress is denied. This case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: September 24, 2009